IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00366-WDM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DARLA MURTA SANCHEZ,

    Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshal's Service requiring the United States Marshal to produce Darla Murta Sanchez (YOB: 1965) (DOC # 114550), before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

SO ORDERED this 15th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE