IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 06-cr-00366-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARLA M. SANCHEZ,

    Defendant.

_____

**ORDER**
_____

This matter is before me on the defendant's *pro se* Motion for Correction of Pre-Sentence Jail Credit (Rule 35(a)). The motion is denied as without merit for the same reasons stated in my December 11, 2007 order (doc. no. 49).

DATED at Denver, Colorado, on February 14, 2008.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge