# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Probation**) |
| v. | Case Number:  06-cr-00366-WYD-01 |
| DARLA MURTA SANCHEZ | USM Number:  34557-013 |
| | Matthew C. Golla, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 5, 6, 7, 9, and 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to the Probation Office as Directed | 01/16/14 |

The defendant is sentenced as provided in pages 3 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violations 4 and 8 and is discharged as to such violations.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 15, 2014
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

May 20, 2014
Date

DEFENDANT:  DARLA MURTA SANCHEZ
CASE NUMBER:  06-cr-00366-WYD-01                                                          Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Pay Restitution as Directed | 07/03/13 |
| 3 | Failure to Follow Instructions of the Probation Officer | 05/15/13 |
| 5 | Failure to Submit Written Reports | 11/30/13 |
| 6 | Making False Statements to the Probation Officer | 07/16/13 |
| 7 | Failure to Notify the Probation Officer of Change in Residence | 11/05/13 |
| 9 | Failure to Notify the Probation Officer of Change in Residence | 12/26/13 |
| 10 | Falsifying a Written Report | 01/05/14 |

DEFENDANT:  DARLA MURTA SANCHEZ  
CASE NUMBER:  06-cr-00366-WYD-01                                                             Judgment-Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eleven (11) months.

The court recommends that the Bureau of Prisons credit defendant for 92 days time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By_____  
Deputy United States Marshal

DEFENDANT:  DARLA MURTA SANCHEZ
CASE NUMBER:  06-cr-00366-WYD-01                                                    Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

    The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 8 | $0.00 | $0.00 | $36,525.64 |
| **TOTALS** | $0.00 | $0.00 | $36,525.64 |

DEFENDANT:  DARLA MURTA SANCHEZ
CASE NUMBER:  06-cr-00366-WYD-01                                                          Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The balance of the restitution is due and payable immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.